UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMMY PARDUE ) | |
|     Plaintiff, ) | Case No. 1:18-cv-02457-WTL-MJD |
| v. ) | |
| ) | |
| ) | NOTICE OF SETTLEMENT |
| CAPITAL ONE BANK (USA), N.A., ) | |
|     Defendant, ) | |
| ) | |
| ) | |
| ) | |

## NOTICE OF SETTLEMENT

Plaintiff TAMMY PARDUE notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 8th day of January, 2019.

Dated: January 8, 2019

/s/ Alyson J. Dykes
Alyson J. Dykes
Admitted *pro hac vice*
Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
657-500-4317
Alysond@jlohman.com
Attorney for Plaintiff
TAMMY PARDUE

- 2 -

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 8th day of January, 2019, I caused a copy of the foregoing NOTICE OF SETTLEMENT to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to all interested parties.

/s/ Alyson J. Dykes
Alyson J. Dykes
Admitted *pro hac vice*
Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: 657-500-4317
Alysond@jlohman.com
Attorney for Plaintiff
TAMMY PARDUE