UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMMY PARDUE,<br><br>  Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA),N.A.,<br><br>  Defendants. | Case No: 1:18-cv-02457-WTL-MJD |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Tammy Pardue ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

| | |
|---|---|
| */s/ Dustin R. DeNeal (with permission)* | */s/ Andrew K. Homan* |
| Amy Grewal Dunn | Andrew Kelly Homan |
| FAEGRE BAKER DANIELS LLP | HOMAN LEGAL |
| (Indianapolis) | 244 N. College Ave. |
| 300 North Meridian Street, Suite 2700 | Indianapolis, IN 46202 |
| Indianapolis, IN 46204 | T: 317-941-6996 |
| T: (317) 237-0300 | F: 317-639-3318 |
| F: (317) 237-1000 | E: andrew@homanlegal.com |
| Email: amy.dunn@FaegreBD.com | *COUNSEL FOR PLAINTIFF* |

*&*

Dustin R. DeNeal
FAEGRE BAKER DANIELS LLP
(Indianapolis, North)
600 E. 96th Street, Suite 600
Indianapolis, IN 46240
T: (317) 237-1176
F: 317-569-4800
E: dustin.deneal@faegrebd.com
*COUNSEL FOR DEFENDANT*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMMY PARDUE,<br><br>      Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA),N.A.,<br><br>      Defendants. | Case No: 1:18-cv-02457-WTL-MJD<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

**[PROPOSED] ORDER OF DISMISSAL**

Plaintiff, Tammy Pardue ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Notice of Settlement and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claim against Defendant are DISMISSED with prejudice.  Each party shall bear their own costs and attorney's fees.

SO ORDERED.

DATED:                                                    _____
                                                                                 Mark J. Dinsmore
                                                                                 United States Magistrate Judge
                                                                                 Southern District Of Indiana

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of March 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Amy Grewal Dunn
FAEGRE BAKER DANIELS LLP
(Indianapolis)
300 North Meridian Street , Suite 2700
Indianapolis, IN 46204
T: (317) 237-0300
F: (317) 237-1000
Email: amy.dunn@FaegreBD.com

*COUNSEL FOR DEFENDANT*

Dustin R. DeNeal
FAEGRE BAKER DANIELS LLP
(Indianapolis, North)
600 E. 96th Street, Suite 600
Indianapolis, IN 46240
T: (317) 237-1176
F: 317-569-4800
E: dustin.deneal@faegrebd.com

*COUNSEL FOR DEFENDANT*

By: */s/ Andrew K. Homan*
    Andrew Kelly Homan
    HOMAN LEGAL
    244 N. College Ave.
    Indianapolis, IN 46202
    T: 317-941-6996
    F: 317-639-3318
    E: andrew@homanlegal.com
    *COUNSEL FOR PLAINTIFF*