**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| TAMMY PARDUE,<br><br>       Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA),N.A.,<br><br>       Defendants. | Case No: 1:18-cv-02457-WTL-MJD<br><br>**ORDER OF DISMISSAL** |

**ORDER OF DISMISSAL**

Plaintiff, Tammy Pardue ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Notice of Settlement and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claim against Defendant are DISMISSED with prejudice.  Each party shall bear their own costs and attorney's fees.

SO ORDERED.

_William T. Lawrence_
Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

DATED: 3/13/2019

Distribution:
All electronically registered counsel of record via CM/ECF